# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Deborah S. Giller,                                    Case No. 24-cv-2650 (SRN/DJF)

        Plaintiff,

v.                                                                  **ORDER**

United States of America,

        Defendant.

---

This matter is before the Court on Defendant's *Motion to Amend Pretrial Scheduling Order* ("Motion") (ECF No. 44).   Defendant's Motion requests that the Court amend the Pretrial Scheduling Order (ECF No. 13) to add a four-month extension to the dispositive motion deadline. (ECF No. 45 at 1.)  The Court denies Defendant's request, for several reasons.

First, the Court has already granted the government multiple extensions in light of its limited capacity to litigate this case (*see* ECF Nos. 32, ECF No. 35, and ECF No. 41).  It does not serve the interests of judice for the Court to delay this case indefinitely simply because the Government has failed to allocate sufficient resources to defend it.   Plaintiff is entitled to have her case heard. Moreover, the Court notes that the ongoing staffing crisis in the U.S. Attorney's Office is one of its own making.  While the Court fully sympathizes with counsel and appreciates the pressure counsel is under—indeed the Court itself has been burdened with the same crush of immigration habeas cases—the Court cannot fairly absolve the federal Government of its responsibilities in other matters because of the choices it has made.

Second, the Court notes that the February 13, 2026 dispositive motion deadline in this case (*see* ECF No. 41) is not a filing deadline; it is a deadline to contact the presiding District Judge, Susan R. Nelson, to *schedule* a hearing date (*see* ECF No. 13).  As the Court's Pretrial Scheduling

Order further notes, "at least two to three months advance notice is necessary to place a dispositive motion on the calendar." (*Id.*) Defendant's motion papers will not be due until 42 days prior to the scheduled hearing date. (*Id.*) Surely, notwithstanding the large volume of cases defense counsel is managing, counsel can find time to call the Judge Nelson's chambers to schedule a hearing.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings here, **IT IS HEREBY ORDERED** that Defendant's *Motion to Amend Pretrial Scheduling Order* (ECF No. 44) is **DENIED**. The **February 13, 2026** deadline to contact Judge Nelson's chambers and schedule a dispositive motion hearing remains unchanged.

Dated: February 6, 2026                    *s/ Dulce J. Foster*
                                           Dulce J. Foster
                                           United States Magistrate Judge